**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | |
| MCVAY, CHESTER SHANE | ) | Case Number 10-82723 |
| Debtor. | ) | (Chapter 7) |
| | ) | |

**AMENDMENT TO SCHEDULE F – CREDITORS HOLDING**
**UNSECURED NONPRIORITY CLAIMS**

| List of additional including addresses with zip code | List date incurred, market value and consideration | Amount due creditor |
|---|---|---|
| ADT Security Services, Inc.<br>14200 E. Exposition Avenue<br>Aurora, Colorado 80012<br><br>Re: 01100-167414265/11-38941340<br><br>EOS CCA<br>700 Longwater Drive<br>Norwell, Massachusetts 02061 | Services Rendered<br>01/2010 | $238.00 |
| Peoria Surgical Group, Ltd.<br>1001 Main Street, Suite 300<br>Peoria, Illinois 61606<br><br>Re: 74717<br><br>T-H Professional and Medical<br>Collections, Ltd.<br>P.O. Box 10166<br>Peoria, Illinois 61612-0166 | Medical Services<br>02/2010 | $200.00 |
| Peoria Ear, Nose, and Throat Group<br>7301 N. Knoxville Avenue<br>Peoria, Illinois 61614<br><br>Re: 0076417 | Medical Services<br>05/2009 | $52.00 |
| The Good Cook<br>P.O. Box 916432 | Merchandise Purchased<br>12/2009 | $107.00 |

| | | |
|---|---|---|
| Indianapolis, Indiana 46291-6432<br><br>Re:  036131675/0281481152<br><br>Allied Interstate<br>P.O. Box 5023<br>New York, New York 10163 | | |
| HomeStyle Books<br>P.O. Box 916432<br>Indianapolis, Indiana 46291-6432<br><br>Re:  029420774/0275681245<br><br>National Recovery Agency<br>P.O. Box 67015<br>Harrisburg, Pennsylvania 17106-7015<br><br>Allied Interstate<br>P.O. Box 5023<br>New York, New York 10163 | Merchandise Purchased<br>11/2009 | $134.00 |
| Millennium Pain Center LLC<br>5198 Reliable Parkway<br>Chicago, Illinois 60686<br><br>Re:  MPC-10062115 | Medical Service<br>06/2010 | $25.00 |
| Jody L. Kelly, M.D. & Associates, LLC<br>2901 N. Knoxville Avenue<br>Peoria, Illinois 61603<br><br>Re:  9149 | Medical Services<br>07/2010 | $33.00 |
| Advanced Rehab & Sports Medicine<br>P.O. Box 5387<br>Bloomington, Illinois 61702-5387<br><br>Re:  118773 | Medical Services<br>06/2010 | $1,800.00 |
| Randolph & Associates, DDS, Ltd.<br>119 N. Williamsburg Drive<br>Bloomington, Illinois 61704-3528 | Dental Services<br>08/2010 | $379.00 |
| Prescription Solutions<br>P.O. Box 2975 | Medical Services<br>08/2010 | $297.00 |

| | | |
|---|---|---|
| Shawnee Mission, Kansas 66201-1375<br><br>Re: 117140420<br><br>Prescription Solutions<br>P.O. Box 509075<br>San Diego, California 92150-9075 | | |
| Tracie Khoury D.C.<br>2015 W. Glen Avenue, Suite 220<br>Peoria, Illinois 61614<br><br>Re: 5490 | Medical Services<br>08/2010 | $137.00 |
| Allstate Insurance<br>2412 E. Washington<br>East Peoria, Illinois 61611<br><br>Re: 911715335<br><br>Allstate Insurance<br>P.O. Box 3589<br>Akron, Ohio 44309-3589 | Insurance Premium<br>11/2009 | $24.00 |
| Portrait Life<br>108 N. Main Street<br>Washington, Illinois 61571 | Services Rendered<br>06/2010 | $2,483.00 |
| Methodist Medical Group<br>5100 Reliable Parkway<br>Chicago, Illinois 60686-0001<br><br>Re: 4-067993-8 | Medical Services<br>08/2010 | $63.00 |
| St. Francis Medical Center<br>530 NE Glen Oak Avenue<br>Peoria, Illinois 61637<br><br>Re: 20372466 | Medical Services<br>07/2010 | $14.00 |
| OSF System Laboratory<br>P.O. Box 1392<br>Peoria, Illinois 61654-1392<br><br>Re: 211L159932-0 | Medical Services<br>07/2010 | $18.00 |

| | | |
|---|---|---|
| Clouse, Dunn, Khoshbin, LLP<br>5200 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270-2142<br><br>Re:  1072-60673 | Legal Fees<br>03/2007 | $12,098.00 |
| St. Francis Medical Center<br>530 NE Glen Oak Avenue<br>Peoria, Illinois 61637<br><br>Re:  20314715 | Medical Services<br>07/2010 | $1,692.00 |
| RMS<br>4836 Brecksville Road<br>P.O. Box 509<br>Richfield, Ohio 44286<br><br>Re:  365729185-WM/20701000082040 | Collection Account for Waste Management<br>02/2010 | $40.00 |
| Creditors Discount & Audit<br>331 Fulton Street, Suite 535<br>Peoria, Illinois 61602<br><br>Re:  2212947032 | Collection Account for Ameren<br>07/2010 | $97.00 |
| The Billing Center<br>P.O. Box 8464<br>Red Oak, Iowa 51591-1464<br><br>Re:  0997082904 | Merchandise Purchased<br>07/2010 | $10.00 |
| Sunrise Credit Services, Inc.<br>P.O. Box 9100<br>Farmingdale, New York 11735-9100<br><br>Re:  099708290/9538166 | Collection Account for Country Living<br>07/2010 | $10.00 |
| Harold A. Nord OB GYN S.C.<br>1302 Franklin Avenue, Suite 3000<br>Normal, Illinois 61761<br><br>Re:  0001000000001440 | Medical Services<br>09/2009 | $28.00 |
| Option Holdings LLC<br>P.O. Box 97 | Lease Agreement for the property located at 1608 | $10,000.00 |

| | | |
|---|---|---|
| Coal Valley, Illinois 61240 | Kensington, Washington, Illinois 04/2008 | |
| Jason M. Kwacz<br>Shuangli Liu<br>10816 N. Dana Drive<br>Peoria, Illinois 61615 | Personal Loan<br>04/2010 | $7,000.00 |
| Nationwide Credit, Inc.<br>2015 Vaughn Road NW, Suite 400<br>Kennesaw, Georgia 30144-7802<br><br>Re:  10194135066/371745440382001<br><br>NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, Pennsylvania 19044 | Collection Account for American Express (previously listed on Chapter 7)<br>07/2010 | $0.00 |
| Professional Bureau of Collections of Maryland, Inc.<br>P.O. Box 4157<br>Greenwood Village, Colorado 80155<br><br>Re: GEC1296717/5033387/7981924142424589<br><br>Encore Receivable Management, Inc.<br>400 N. Rogers Road<br>P.O. Box 3330<br>Olathe, Kansas 66063-3330<br><br>National Asset Recovery Services, Inc.<br>P.O. Box 701<br>Chesterfield, Missouri 63006-0701 | Collection Account for GE Money Bank/Lowe's (previously listed on Chapter 7)<br>06/2010 | $0.00 |

I, Spencer Lee Daniels, Attorney for the petitioner named in the foregoing amendment, certify under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2010          /s/ **Spencer Lee Daniels**
                                                            Spencer Lee Daniels

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the above document was sent via Electronic Mail to the following on the 20th day of December, 2010:

United States Trustee, 401 Main Street, Suite 1100, Peoria, Illinois 61602

Gary T. Rafool, Bankruptcy Trustee, 411 Hamilton Boulevard, Suite 1600, Peoria, Illinois 61602

The undersigned hereby certifies that a copy of the above document was sent via First Class Mail to the following on the 21st day of December, 2010:

ADT Security Services, Inc., 14200 E. Exposition Avenue, Aurora, Colorado 80012

EOS CCA, 700 Longwater Drive, Norwell, Massachusetts 02061

Peoria Surgical Group, Ltd., 1001 Main Street, Suite 300, Peoria, Illinois 61606

T-H Professional and Medical Collections, Ltd., P.O. Box 10166, Peoria, Illinois 61612-0166

Peoria Ear, Nose, and Throat Group, 7301 N. Knoxville Avenue, Peoria, Illinois 61614

The Good Cook, P.O. Box 916432, Indianapolis, Indiana 46291-6432

Allied Interstate, P.O. Box 5023, New York, New York 10163

HomeStyle Books, P.O. Box 916432, Indianapolis, Indiana 46291-6432

National Recovery Agency, P.O. Box 67015, Harrisburg, Pennsylvania 17106-7015

Millennium Pain Center LLC, 5198 Reliable Parkway, Chicago, Illinois 60686

Jody L. Kelly, M.D. & Associates, LLC, 2901 N. Knoxville Avenue, Peoria, Illinois 61603

Advanced Rehab & Sports Medicine, P.O. Box 5387, Bloomington, Illinois 61702-5387

Randolph & Associates, DDS, Ltd., 119 N. Williamsburg Drive, Bloomington, Illinois 61704-3528

Prescription Solutions, P.O. Box 2975, Shawnee Mission, Kansas 66201-1375

Prescription Solutions, P.O. Box 509075, San Diego, California 92150-9075

Tracie Khoury D.C., 2015 W. Glen Avenue, Suite 220, Peoria, Illinois 61614

Allstate Insurance, 2412 E. Washington, East Peoria, Illinois 61611

Allstate Insurance, P.O. Box 3589, Akron, Ohio 44309-3589

Portrait Life, 108 N. Main Street, Washington, Illinois 61571

Methodist Medical Group, 5100 Reliable Parkway, Chicago, Illinois 60686-0001

St. Francis Medical Center, 530 NE Glen Oak Avenue, Peoria, Illinois 61637

OSF System Laboratory, P.O. Box 1392, Peoria, Illinois 61654-1392

Clouse, Dunn, Khoshbin, LLP, 5200 Renaissance Tower, 1201 Elm Street, Dallas, Texas 75270-2142

RMS, 4836 Brecksville Road, P.O. Box 509, Richfield, Ohio 44286

Creditors Discount & Audit, 331 Fulton Street, Suite 535, Peoria, Illinois 61602

The Billing Center, P.O. Box 8464, Red Oak, Iowa 51591-1464

Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, New York 11735-9100

Harold A. Nord OB GYN S.C., 1302 Franklin Avenue, Suite 3000, Normal, Illinois 61761

Option Holdings LLC, P.O. Box 97, Coal Valley, Illinois 61240

Jason M. Kwacz & Shuangli Liu, 10816 N. Dana Drive, Peoria, Illinois 61615

Nationwide Credit, Inc., 2015 Vaughn Road NW, Suite 400, Kennesaw, Georgia 30144-7802

NCO Financial Systems, Inc., 507 Prudential Road, Horsham, Pennsylvania 19044

Professional Bureau of Collections, of Maryland, Inc., P.O. Box 4157, Greenwood Village, Colorado 80155

Encore Receivable Management, Inc., 400 N. Rogers Road, P.O. Box 3330 Olathe, Kansas 66063-3330

National Asset Recovery Services, Inc., P.O. Box 701, Chesterfield, Missouri 63006-0701

                                  **/s/ Jessica A. Ekena**
                                  Jessica A. Ekena, Legal Assistant

SPENCER LEE DANIELS, ESQ.
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Telephone: (309) 673-1400

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _____,    Case No. _____
             **Debtor**    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                                                        Debtor

Date _____    Signature: _____
                                                                                        (Joint Debtor, if any)

                                                                 [If joint case, both spouses must sign.]

--------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
  Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____
                                                   Signature: _____

                                                                        _____
                                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.